(July 8, 1919.)

## STATE, Respondent, v. JIM MONTANA, Appellant.

[182 Pac. 857.]

CRIMINAL LAW—DISCRETION OF THE COURT.
    Order affirmed on authority of *State* v. *Raponi, ante,* p. 368.

APPEAL from the District Court of the Second Judicial District, for Latah County. Hon. Edgar C. Steele, Judge.

Criminal prosecution for having possession of intoxicating liquor. From an order denying defendant's application to set aside judgment and allow substitution of plea of not guilty for plea of guilty, theretofore entered, defendant appeals. *Affirmed.*

A. L. Morgan, for Appellant.

Roy L. Black, Attorney General, and Alfred F. Stone, Assistant, for Respondent.

FLYNN, District Judge.—Pursuant to stipulation of counsel, the order in this case is affirmed on the authority of *State* v. *Raponi, ante,* p. 368, 182 Pac. 855.

Rice and Budge, JJ., concur.